Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Tara A. Currie (SBN 323984)
tcurrie@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Chrome Hearts LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> STARSHIP LLC dba ROCKSTAR ORIGINAL, a California Limited Liability Company; FRANK MECHALY, an Individual; DAVID MATHEY, and Individual; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: 2:23-cv-00143-DSF-JC <br><br> **NOTICE OF SETTLEMENT** |

TO THE COURT, THE PARTIES, AND ALL ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that plaintiff Chrome Hearts LLC ("Plaintiff") and defendants Starship LLC dba Rockstar Original, Frank Mechaly and David Mathey ("Defendants") have come to an agreement to settle the instant action with regard to all claims alleged against Defendants.  The Parties are currently discussing the terms of the confidential settlement agreement.  Therefore, Plaintiff requests that the Court allow thirty (30) days for the Parties to finalize and fully execute the settlement agreement and file formal dismissal papers with this Court.

Dated: November 2, 2023	BLAKELY LAW GROUP

By:	*/s/ Tara A. Currie*
Brent H. Blakely
Tara A. Currie
***Attorneys for Plaintiff***