Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Tara A. Currie (SBN 323984)
tcurrie@blakelylawgroup.com
**BLAKELY LAW GROUP**
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Chrome Hearts LLC*

Peter W. Ross (SBN 109741)
pross@rossllp.la
Eric C. Lauritsen (SBN 301219)
elauritsen@rossllp.la
1900 Avenue of the Stars, Suite 1225
Los Angeles, California 90067
Telephone: (424) 704-5600
Facsimile: (424) 704-5680

*Attorney for Defendants*
*Starship, LLC dba Rockstar Original,*
*Frank Mechaly, and David Mathey*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a California Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>STARSHIP LLC dba ROCKSTAR ORIGINAL, a California Limited Liability Company; FRANK MECHALY, an Individual; DAVID MATHEY, an Individual; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:23-cv-00143-DSF-JC<br><br>**STIPULATION FOR DISMISSAL OF ACTION *WITH* PREJUDICE** |

TO THE COURT, THE PARTIES, AND ALL ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii), plaintiff Chrome Hearts LLC ("Plaintiff") and defendants Starship LLC dba Rockstar Original, Frank

1  Mechaly, and David Mathey ("Defendants") hereby stipulate to dismiss the above
2  captioned action *with* prejudice. Each Party shall bear its own attorneys' fees and costs
3  incurred in connection with this Action.

                                                                         BLAKELY LAW GROUP

Dated: April 17, 2024                     /s/ *Tara A. Currie*_____
                                             Brent H. Blakely
                                             Tara A. Currie
                                             ***Attorneys for Plaintiff***
                                             ***Chrome Hearts LLC***

                                                          ROSS LLP

Dated: April 17, 2024                     /s/ Eric Lauritsen_____
                                               Peter Ross
                                             Eric Lauritsen
                                             ***Attorneys for Defendants***
                                             ***Rockstar Original, Frank Mechaly,***
                                             ***and David Mathey***

## **ATTESTATION RE ELECTRONIC SIGNATURES**

      The filer of the foregoing document attests that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

Dated: April 17, 2024                   By: _/s/ *Tara A. Currie*___
                                                   Tara A. Currie